# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TUSCARORA WAYNE INSURANCE COMPANY, | : | No. 733 MAL 2018 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HEBRON, INC., UNITED INVESTMENT PROPERTIES, VOLUNTEERS OF AMERICA PENNSYLVANIA BRANCH, TRES HERMANOS MEXICAN RESTAURANT, CRAFTY ANTIQUES AND COLLECTIBLES, A&E FURNITURE MATTRESS OUTLET, SAVANNAH'S ON HANNA, JONAS HAIR, PHIL DOBSON, TAHANI S. ALZOGHIER, | : : : : : : : : : : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

AND NOW, this 22nd day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.